UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LINDA ALVARADO

    Defendant(s),
and

Key Food Stores Co-Operative Inc.
    Garnishee

CV #: CV 92-2143
SSN:
HON. Carol Bagley Amon
MAG. Steven Gold
CLAIM # C-34601

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 25 2005 ★
P.M. _____
TIME A.M. _____

## GARNISHEE ORDER

Upon Defendant voluntarily furnishing Plaintiff and this Court with employment verification and upon the Defendant having requested a Garnishment Hearing which was held before the Honorable Magistrate Steven Gold on June 21, 2005, and upon the decision of Judge Gold, directing that Plaintiff can proceed to execute on the wages of defendant;

Now, on motion of Mullen & Iannarone, P.C., attorneys for the Plaintiff, it is

ORDERED that upon service of this Garnishment Order upon Defendant's employer, the Garnishee herein, by first class mail, and it is further

ORDERED Defendant's employer, the Garnishee herein, shall pay the sum equal to 10% of the defendant's net disposable weekly earnings to the plaintiff, payments made payable to the U.S. Department of Justice, and continue said payments until the judgment amount plus interest is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the defendant, Linda Alvarado or until further Order of the Court, and it is further

ORDERED that no amount shall be withheld from the judgment debtor's earnings...for any week unless the disposable earnings of the judgment debtor for that week exceed thirty times the federal minimum hourly wage prescribed in the Fair Labor Standards Act of 1938 as in effect at the time the earnings are payable, and it is further

ORDERED that a facsimile of this Order shall be treated as an original for all purposes, and it is further

ORDERED that Plaintiff shall serve Defendant with a copy of this Order when signed.

**PAYMENTS ARE TO BE MADE PAYABLE TO "DEPARTMENT OF JUSTICE" AND ARE TO BE SENT TO THE U.S. DEPARTMENT OF JUSTICE, CENTRAL INTAKE FACILITY, P.O. BOX 198558, ATLANTA, GEORGIA 30384**


So ORDERED,

Dated: August 23, 2005

/S/ HON CAROL B. AMON
_____
CAROL B. AMON
UNITED STATES DISTRICT COURT JUDGE